# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT)   PHONE ( 340 ) 604-0474
TEDDY RICHARDS
PO BOX 1655
CHRISTIANSTED, VI 00821
UNITED STATES

TO: (PLEASE PRINT)   PHONE ( 510 ) 637-3530
OFFICE OF THE CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET SUITE 400S OAKLAND, CT
ZIP+4: 94612-5212

RDC 07

USPS TRACKING: ER 195 780 562 US

PO ZIP Code: 28271
Date Accepted: 7/12/25  3:08 PM
Scheduled Delivery Date: 7/15/25  6:00 PM
Postage: $31.40
Total Postage & Fees: $31.40

$31.40

EP13F October 2023