UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY RICHARDS,<br><br>          Plaintiff,<br><br>    v.<br><br>TESLA INC.,<br><br>          Defendant. | Case No. 25-cv-06013-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE** |

On September 9, 2025, I ADOPTED the Report and Recommendation of Judge Joseph C. Spero. Dkt. No. 13. I found that despite repeated orders, plaintiff Teddy Richards had not provided complete and sufficient information to be allowed to proceed in forma pauperis ("IFP"). Therefore, I ordered plaintiff Richards to pay the required filing within 30 days.

As of the date of this Order, Richards still has not paid the filing fee or submitted a complete and sufficient IFP application.

Therefore, this case is DISMISSED without prejudice for failure to pay the filing fee, failure to submit a complete and sufficient application to proceed in forma pauperis, and failure to comply with the orders of this Court. *See Mederer v. Access Cap. Inv. Fund Two, LP*, No. 21-cv-9699-YGR, 2022 WL 2289056, at *1 (N.D. Cal. Mar. 18, 2022) (dismissing a case for failure to pay the filing fee).

**IT IS SO ORDERED.**

Dated: October 16, 2025

William H. Orrick
United States District Judge